UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:05CV-00011-JHM

RICHARD E. STINNETT                                                        PETITIONER

VS.

PATTI WEBB, Warden                                                 RESPONDENT

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Stinnett's petition for writ of habeas corpus is DENIED.

A Certification of Appealability is DENIED.

Copies to:    Petitioner, *pro se*
                  Counsel of Record
                  Magistrate Judge Goebel